**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

September 7, 2021

Honorable Jesse M. Furman, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007
**By ECF**

      Re: *U.S. v. Adamu Alhassan*
           21 Cr. 523 (JMF)

Dear Judge Furman:

    Mr. Alhassan was released on a personal recognizance bond that required the signature of two financially responsible persons by September 7, 2021. I forwarded the necessary information to the government on August 30 and September 1, 2021. I have requested an update from the government but was informed that the paralegal handling this matter is unavailable due to her observance of Rosh Hashanah. With the government's consent, I am requesting an extension of time for the co-signers to sign the bond until September 15, 2021.

    Should your Honor have any questions, please feel free to contact me. Thank you for your consideration.

Application GRANTED. The Clerk of Court is directed to terminate Doc. #33. SO ORDERED.

*[Signature]*
September 9, 2021

Sincerely yours,
/s/
Sam A. Schmidt
