**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

September 15, 2021

Honorable Jesse M. Furman, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007
**By ECF**

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #35. SO ORDERED.*

*[signature]*

*September 15, 2021*

Re: *U.S. v. Adamu Alhassan*
21 Cr. 523 (JMF)

Dear Judge Furman:

    Mr. Alhassan was released on a personal recognizance bond that required the signature of two financially responsible persons by September 7, 2021 that was extended to September 15, 2021. One of the suretors have already signed but there appears to have been some miscommunication with the paralegal who was supposed to do the interview. With the consent of the government, I am requesting an extension of time for the second suretor to sign the bond to September 23, 2021.

    Should your Honor have any questions, please feel free to contact me. Thank you for your consideration.

Sincerely yours,
/s/
Sam A. Schmidt
