**LAW OFFICE OF SAM A. SCHMIDT**
115 BROADWAY Suite 1704
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

October 15, 2021

Honorable Jesse M. Furman, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007
**By ECF**

      Re: *U.S. v. Adamu Alhassan*
          21 Cr. 523 (JMF)

Dear Judge Furman:

    I was appointed to represent Mr. Alhassan pursuant to the Criminal Justice Act. Retained counsel has filed a notice of appearance on behalf of Mr. Alhassan. I have spoken with retained counsel to update him on the status of the case. I have also explained that almost of the discovery material is covered by a protective order, is available on USAfx and he needs to speak with the government to obtain the discovery.

    I respectfully request that I be relieved as Mr. Alhassan's attorney.

Sincerely yours,
/s/
Sam A. Schmidt

Application GRANTED. The Clerk of Court is directed to update the docket and to terminate ECF No. 43. SO ORDERED.

October 15, 2021