```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   Docket #1:21-cr-00523-JMF-1
      -against-                       :   ORDER
                                      :
Adamu Alhassan                        :
                                      :
           Defendant                  :
                                      :
-------------------------------------X
```

Jesse M. Furman, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment as directed.

Dated: New York, New York
       February  18 , 2022

SO ORDERED:

_____
Jesse M. Furman
United States District Judge