```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                              Plaintiff,                          :      21-CR-523-1 (JMF)
                                                                  :
               -v-                                                :      ORDER
                                                                  :
ADAMU ALHASSAN,                                                   :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Defendant Adamu Alhassan, who is charged with interstate transportation of stolen vehicles and conspiracy to do the same, *see* ECF No. 19, moves for various forms of relief, *see* ECF No. 61. Among other things, Alhassan moves to dismiss the charges; to sever; for disclosure of the grand jury minutes; for a bill of particulars; for various other forms of discovery-related relief; for redaction of co-defendant statements; for a pretrial hearing to determine the existence of a conspiracy; and to preserve evidence. *See id.*; *see also* ECF No. 61-1. Upon review of the motion papers, the Court DENIES Alhassan's motions, substantially for the reasons set forth in the Government's opposition. *See* ECF No. 65.[1]

      The Clerk of Court is directed to terminate ECF No. 61.

      SO ORDERED.

Dated: April 1, 2022
       New York, New York
                                                            JESSE M. FURMAN
                                                          United States District Judge

---

[1]     Consistent with the its representation, the Government shall identify any co-defendant confessions that it intends to use at trial at least four weeks before trial. *See* ECF No. 65, at 16.